AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JACOB LINHARES, | ) Case No. |
|  | )       21-mj-1418-DLC |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 25 - June 10, 2021** in the county of **Barnstable** in the
District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Unlicensed dealing of firearms |

This criminal complaint is based on these facts:

Affidaivt of ATF Special Agent Sean Sullivan

☑ Continued on the attached sheet.

/s/ Sean Sullivan
*Complainant's signature*

Sean Sullivan, ATF Special Agent
*Printed name and title*

Sworn to me by telephonic attestation.

Date: 06/14/2021

*Judge's signature*

City and state: Boston, MA    Donald L. Cabell, United States Magistrate Judge
*Printed name and title*